UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE JAMMER,

    Plaintiff,

v.

    Civil Case No. 18-10445
    Honorable Linda V. Parker

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **OPINION AND ORDER**

On February 7, 2018, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for social security benefits. On the same date, this Court referred the lawsuit to Magistrate Judge R. Steven Whalen for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 3.) The parties subsequently filed cross-motions for summary judgment. (ECF Nos. 16, 19.)

On February 22, 2019, Magistrate Judge Whalen issued an R&R recommending that this Court deny Plaintiff's motion for summary judgment and grant the Commissioner's motion. (ECF No. 25.) At the conclusion of the R&R,

Magistrate Judge Whalen advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id.* at 23.)  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*)  Neither Plaintiff nor Defendant filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Whalen.  The Court therefore adopts Magistrate Judge Whalen's R&R and affirms the Commissioner's decision finding Plaintiff not disabled under the Social Security Act.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment (ECF No. 19) is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 16) is **GRANTED**.

s/Linda V. Parker  
LINDA V. PARKER  
UNITED STATES DISTRICT JUDGE

Dated: March 26, 2019